COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY TRUONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>Defendants. | Case No. C-06-07417 WHA<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PROPOSED ORDER**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Henry Truong ("Plaintiff") and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD") hereby jointly request the Court to continue the initial case management conference and related deadlines in this action as follows.

1. On December 4, 2006, Plaintiff filed the complaint in this action ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and under state antitrust and consumer protection laws. Plaintiff styled the Complaint as a putative class action.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1024792 v1/SF

1.

STIP TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
C-06-07417 WHA

2. As of the date of this Stipulation, at least 23 other complaints have been filed in this and other judicial districts. All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

3. On December 8, 2006, Plaintiff (in conjunction with other plaintiffs with actions pending in this district) filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint ("JPML Motion"). The JPML Motion is currently pending in *In re Graphics Processing Units Antitrust Litigation,* MDL Docket No. 1826.

4. On January 16, 2007, AMD and Nvidia filed a response with the JPML supporting consolidation and transfer of these actions to the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division. To date, every party responding to the JPML Motion has supported consolidation and transfer in either the Northern or Central Districts of California. No party has opposed consolidation and transfer.

5. Some of the plaintiffs in the potentially related antitrust actions and all Defendants have requested that the Panel hear oral argument on the JPML Motion. The parties expect that if the Panel does hear oral argument, the hearing will occur in March 2007. The parties agree that, at some point subsequent to that hearing, the JPML is likely to order transfer and consolidation of these actions.

6. In light of these facts, Plaintiff and Defendants stipulated on December 20, 2006 to extend the time for Defendants to respond to the Complaint to 30 days after (1) the order resolving the JPML motion and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

7. Given the likelihood of a March 2007 hearing date before the JPML, the dates set forth in the Case Management Scheduling Order entered on December 4, 2006, including the

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1024792 v1/SF

2.

STIP TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES
C-06-07417 WHA

1  deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule
2  3.5, will come to pass before the JPML acts on the pending motion.

3      8.    Continuing the dates set forth in the December 4, 2006 Case Management
4  Scheduling Order would avoid the expenditure of unnecessary judicial resources until it is
5  determined whether this action will remain pending in this Court.  It would also ensure
6  consistency in pretrial rulings and be convenient for the parties, including Plaintiff.

7      9.    Accordingly, the parties hereby stipulate to and respectfully request that the Court
8  order a continuance of the dates set forth in the December 4, 2006 Case Management Scheduling
9  Order.  The affected dates include the deadline to meet and confer and file joint ADR documents
10 (currently February 22, 2007); the deadline to complete Initial Disclosures, the Joint Case
11 Management Statement, and the Rule 26(f) Report (currently March 8, 2007); and the Initial Case
12 Management Conference (currently March 15, 2007).

13     10.    The parties request that the Court continue the above referenced schedule as
14 follows: (1) the deadline to meet and confer and file joint ADR documents – June 21, 2007; (2)
15 the deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule
16 26(f) Report – July 5, 2007; and the Initial Case Management Conference – July 12, 2007.  Such
17 a continuance will allow this matter to move forward promptly in the event that the JPML Motion
18 is denied and further proceedings before this Court are necessary.

19     11.    Except as described in Paragraph 6, the parties have sought no previous
20 modification of the timing of any event or deadline set by the Court.

26 ///
27 ///
28 ///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1024792 v1/SF     3.     **STIP TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
**C-06-07417 WHA**

12. The parties agree to notify the Court promptly when the Panel rules on the JPML Motion.

                                                  Respectfully submitted,

                                                  Dated: January 29, 2007

                                                  COOLEY GODWARD KRONISH LLP

                                                  By: /s/
                                                               James Donato (146140)

                                                  Attorneys for Defendant
                                                  NVIDIA CORPORATION

| Dated: January 29, 2007 | Dated: January 29, 2007 |
|---|---|
| LATHAM & WATKINS LLP | FURTH LEHMANN & GRANT LLP |
| By: /s/ Charles H. Samel (182019) | By: /s/ Jon T. King (205703) |
| Attorneys for Defendants<br>ATI TECHNOLOGIES, INC. and<br>ADVANCED MICRO DEVICES, INC. | Attorneys for Plaintiff<br>Henry Truong |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1024792 v1/SF

4.

STIP TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES
C-06-07417 WHA

1  FILER'S ATTESTATION:

2      Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3  perjury that the concurrence in the filing of this document has been obtained from its signatories.

4  Dated: January 29, 2007

5                                                     By:     /s/
                                                        James Donato

Case 3:06-cv-07417-WHA Document 24 Filed 02/29/2007 Page 5 of 6

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1024792 v1/SF           5.            **STIP TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
C-06-07417 WHA**

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, all dates set forth in the December 4, 2006 Case Management Scheduling Order are hereby continued as follows: (1) the deadline to meet and confer and file joint ADR documents will be ~~June 21~~ May 3, 2007; (2) the deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule 26(f) Report will be ~~July 5~~ May 17, 2007; and (3) the Initial Case Management Conference will be ~~July 12~~ May 24, 2007. The parties are ordered to notify the Court promptly when the Judicial Panel on Multidistrict Litigation rules upon the motion for consolidation pending in MDL Docket No. 1826, *In re Graphics Processing Units Antitrust Litigation.*

Pursuant to stipulation, it is so ordered.

Dated: January 31, 2007

_____
The Honorable William H. Alsup

*IT IS SO ORDERED*
*Judge William Alsup*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1024792 v1/SF

6.

**STIP TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
**C-06-07417 WHA**